Same case below, 397 Fed. Appx. 954.

**No. 10-1050. Drew Whitley, Petitioner v. Allegheny County, Pennsylvania, et al.**

563 U.S. 960, 131 S. Ct. 2153, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3261.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 402 Fed. Appx. 713.

**No. 10-1063. Arthur Steward, Petitioner v. Town of Paradise, California.**

563 U.S. 960, 131 S. Ct. 2156, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3216.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 184.

**No. 10-1072. ATP Oil and Gas Corporation, Petitioner v. Department of the Interior, et al.**

563 U.S. 961, 131 S. Ct. 2159, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3324, ▮

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 93.

**No. 10-1077. James Schultz, et ux., Petitioners v. University of Cincinnati College of Medicine, et al.**

563 U.S. 961, 131 S. Ct. 2159, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3205.

April 25, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Morgan County, denied.

**No. 10-1079. James S. Phelps, Petitioner v. Orange County Assessment Appeals Board No. 1, et al.**

563 U.S. 961, 131 S. Ct. 2159, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3243.

April 25, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

Same case below, 187 Cal. App. 4th 653, 114 Cal. Rptr. 3d 463.

**No. 10-1085. Emmanuel D. Kepas, Petitioner v. eBay Inc.**

563 U.S. 961, 131 S. Ct. 2160, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3357.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 412 Fed. Appx. 40.

**No. 10-1108. Yili Tseng, Petitioner v. Florida A&M University, et al.**

563 U.S. 961, 131 S. Ct. 2161, 179 L. Ed. 2d 936, 2011 U.S. LEXIS 3209.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 908.